IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                           NO. 4:15CV-181-JM

UNITED PAIN CARE, LTD. d/b/a
UNITED PHARMACY and MAHMOOD AHMAD, M.D.          DEFENDANTS

## ENTRY OF APPEARANCE

Timothy O. Dudley hereby enters his appearance as counsel for the defendants.

Respectfully submitted,

/s/Timothy O. Dudley,
Bar Number 82055
114 South Pulaski
Little Rock, AR 72201
(501) 372-0080
E-mail: TODudley@swbell.net

BY:/s/ Timothy O. Dudley

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which shall send notification of such filing to the following:

shannon.smith@usdoj.gov

BY:/s/ Timothy O. Dudley