**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | **CASE NO. 4:15CV-181-JM** |
| ) | |
| ) | |
| **MAHMOOD AHMAD, M.D. and** ) | |
| **UNITED PHARMACY,** ) | |
| ) | |
| **Defendants** ) | |

## ENTRY OF APPEARANCE

Samuel A. Perroni hereby enters his Notice of Appearance of Counsel as co-counsel on behalf of Defendants, Mahmood Ahmad, M.D. and United Pain Care, LTD.

WHEREFORE, Samuel A. Perroni respectfully prays that this Court permit him to appear as co-defense counsel in the above-captioned matter.

Respectfully submitted,

/s/ Samuel A. Perroni_____
SAMUEL A. PERRONI
424 West 4th Street, Suite A
North Little Rock, AR 72114
Tel:   (501) 374-2818
Fax:   (501) 353-0517
AR Bar No: 74119
sperroni.perronilaw@gmail.com

## CERTIFICATE OF SERVICE

I, Samuel A. Perroni, do hereby certify that a true and correct copy of the above and foregoing Motion has been sent to the following via automatic electronic notice on this 14th day of August, 2015:

| | |
|---|---|
| Shannon Smith, AUSA | Timothy O. Dudley |
| P.O. Box 1229 | 114 S. Pulaski Street |
| Little Rock, AR  72203 | Little Rock, AR  72201 |

/s/ Samuel A. Perroni_____
SAMUEL A. PERRONI