

**U. S. Department of Justice**
Drug Enforcement Administration
Office of Diversion Control
Registration and Program Support Section

*www.dea.gov*                           Springfield, Virginia  22152

## CERTIFICATION OF REGISTRATION HISTORY

   I, Erika Gehrmann, first being sworn, depose and say that I am the Chief of the Registration and Program Support Section of the Drug Enforcement Administration (DEA) and, as such, I am the official charged with the custody and control of all documents relative to the registration and re-registration of all practitioners, prescribers, dispensers, pharmacies, hospitals/clinics, manufacturers, distributors, researchers, analytical laboratories, importers, and exporters of controlled substances, as defined by the Comprehensive Drug Abuse Prevention and Control Act of 1970, as amended (21 U.S.C. § 801 et seq.).

   I hereby certify that on May 28, 2010, an application for a DEA registration for a retail pharmacy was submitted online bearing the name of United Pain Care with a location of 7481 Warden Road, Sherwood, AR 72120. The same online application also contained a tax identifying number of       8088 and the e-signature of Mahmood Ahmad. On June 2, 2010, DEA registration FU2008313 was assigned to United Pain Care, 7481 Warden Road, Sherwood, AR 72120, for the business activity of retail pharmacy in drug schedules 2, 2N, 3, 3N, 4, and 5, and bearing an expiration date of 05/31/2013. On October 29, 2012, the history of FU2008313 shows the name of the registrant was changed from United Pain Care to United Pharmacy.

   On April 4, 2013, a renewal application for DEA registration FU2008313 was submitted online bearing an e-signature of Albert Rinchuso. The renewal application was approved on April 5, 2013, for the business activity of retail pharmacy in drug schedules 2, 2N, 3, 3N, 4, and 5 at the address of 7481 Warden Road, Sherwood, AR 72120. The payment for this renewal application was processed via MasterCard bearing account holder name Mahmood Ahmad with a billing address of 7481 Warden Road, Sherwood, AR 72120 in the amount of $731.00. On December 16, 2013, DEA registration FU2008313 was placed out of business, after which no controlled substances could be legally obtained, stored, administered, prescribed, or dispensed under DEA registration FU2008313.

   In order to complete an online application, the applicant must certify to the following information:

Application Certification:

WARNING: 21 USC 843(d), states that any person who knowingly or intentionally furnishes false or fraudulent information in the application is subject to a term of imprisonment of not more than 4 years, and a fine under Title 18 of not more than $250,000, or both.



GOVERNMENT EXHIBIT 1

By typing my full name in the space below, I hereby certify that the foregoing information furnished on these application/DEA forms pages is true and correct and understand that this constitutes an electronic signature for purposes of these applications/DEA forms only.

\* Name of Applicant (For individual registrants, the registrant themselves MUST complete this E-Signature) or name of Officer of the Corporation/Company

   e-Signature: _____

This electronic application/DEA form must be certified by the applicant/registrant, if an individual; by a partner of the applicant, if a partnership; or by an officer of the applicant, if a corporation, corporate division, association, trust, or other entity. See 21 C.F.R § 1301.13(j) for more information on who can certify this application.

   I further certify under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2015.

                          *Erika Gehrmann* (signature)
                          Erika Gehrmann, Chief
                          Registration and Program Support Section

   Subscribed and sworn to before me this 23 day of October, 2015, at Arlington, Virginia.

                          *Debra Dickerson* (signature)
                          Notary Public
                          Commission Expires 4-30-19

DEBRA ANN DICKERSON
NOTARY PUBLIC
REG. #7393248
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES APRIL 30, 2019