UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATE OF AMERICA            PLAINTIFF

VS.            NO: 4:15CV-181-JM

MAHMOOD AHMAD, M.D.
and UNITED PAIN CARE, LTD            DEFENDANTS

VS.

PAMELA HASTINGS WEST and
ALBERT RINCHUSO            THIRD-PARTY DEFENDANTS

## ANSWER OF THIRD-PARTY DEFENDANT, PAMELA HASTINGS WEST, TO THIRD-PARTY COMPLAINT

Comes now Pamela Hastings West, by and through her attorney, Jeremy Y. Hutchinson, and for her Answer to the Third-Party Complaint filed herein, states:

1. Third-Party Defendant, Pamela Hastings West, denies allegations contained in paragraph 1 of the Third-Party Complaint.

2. Third-Party Defendant, Pamela Hastings West, admits allegations contained in paragraph 2 of the Third-Party Complaint.

3. Third-Party Defendant, Pamela Hastings West, denies allegations contained in paragraph 3 of the Third-Party Complaint.

4. Third-Party Defendant, Pamela Hastings West, denies allegations contained in paragraph 4 of the Third-Party Complaint.

5. Third-Party Defendant, Pamela Hastings West, denies allegations contained in paragraph 5 of the Third-Party Complaint.

6. Third-Party Defendant, Pamela Hastings West, denies allegations contained in paragraph 6 of the Third-Party Complaint.

7. Third-Party Defendant, Pamela Hastings West, denies allegations contained in paragraph 7 of the Third-Party Complaint.

8. Third-Party Defendant, Pamela Hastings West, denies allegations contained in paragraph 8 of the Third-Party Complaint.

9. Third-Party Defendant, Pamela Hastings West, denies allegations contained in paragraph 9 of the Third-Party Complaint.

WHEREFORE, Third-Party Defendant, Pamela Hastings West, prays that the Third-Party Complaint filed herein be denied and dismissed, that the Plaintiff or Defendant take nothing by way thereof, for attorneys' fees and all other just and proper relief.

Respectfully submitted,

PAMELA HASTINGS WEST

By /s/ Jeremy Y. Hutchinson
Jeremy Y. Hutchinson, AR Bar #06145
STEEL, WRIGHT & COLLIER, PLLC
400 West Capitol Ave., Suite 2910
Little Rock, AR 72201
(501) 251-1587

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by U.S. Mail to the following on this 12th day of January, 2016.

Samuel A. Perroni
Attorney at Law
424 West 4th Street, Suite A
North Little Rock, AR 72114

Timothy O. Dudley
Attorney at Law
114 South Pulaski Street
Little Rock, AR 72201

/s/ Jeremy Y. Hutchinson
Jeremy Y. Hutchinson