UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 25 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 4:15CV-181-JM |
| UNITED PAIN CARE, LTD. d/b/a UNITED PHARMACY and MAHMOOD AHMAD, M.D. | ) |
| Defendants | ) |

## UNITED PAIN CARE, LTD. d/b/a UNITED PHARMACY

## INTERROGATORIES

## INTERROGATORY NO. UPC-1

Do you find from a preponderance of the evidence that defendant **United Pain Care, Ltd. d/b/a United Pharmacy** refused or negligently failed to maintain an accurate DEA-222 Order Form for Schedule II controlled substances (U.S. Exhibit 11) as required by law?

YES ✓

NO _____

4/25/17
DATE

_____
FOREPERSON

## INTERROGATORY NO. UPC-2

Do you find for a preponderance of the evidence that defendant **United Pain Care, Ltd. d/b/a United Pharmacy** refused or negligently failed to maintain or keep one DEA-222 Order Form (U.S. Exhibit 12) documenting receipt of Schedule II controlled substances as required by law?

YES ✓

NO _____

4/25/17
DATE

_____
FOREPERSON

## INTERROGATORY NO. UPC-3

Do you find for a preponderance of the evidence that defendant **United Pain Care, Ltd. d/b/a United Pharmacy** refused or negligently failed to maintain or keep one DEA-222 Order Form (U.S. Exhibit 13) documenting receipt of Schedule II controlled substances as required by law?

YES ✓

NO _____

_____4/25/17_____                            _____
DATE                                             FOREPERSON

## INTERROGATORY NO. UPC-4

Do you find from a preponderance of the evidence that defendant **United Pain Care, Ltd. d/b/a United Pharmacy** refused or negligently failed to maintain accurate dispensing and receiving records for controlled substances (U.S. Exhibit 8) as required by law?

YES ✓

NO _____

_4/25/17_
DATE

_____
FOREPERSON

## INTERROGATORY NO. UPC-5

If you answered "yes" to Interrogatory No. UPC 4, indicate on the chart below for which controlled substance there was a failure to maintain accurate records:

| Controlled Substance | Properly maintained records | Failure to properly maintain records |
|---|---|---|
| Alprazolam .5mg | | ✓ |
| Alprazolam 2 mg | | ✓ |
| Oxycodone 10mg/650 | | ✓ |
| Hydrocodone 10 mg/650 | | ✓ |
| Hydrocodone 7.5 mg/500 | | ✓ |
| Hydrocodone 5 mg/500 | | ✓ |
| Buprenorphine 8 mg | | ✓ |
| Lyrica 75 mg | | ✓ |
| Carisoprodal 350 mg | | ✓ |
| Lorazepam 2 mg | | ✓ |

4/25/17
DATE

FOREPERSON

## INTERROGATORY NO. UPC-6

Do you find from a preponderance of the evidence that defendant **United Pain Care, Ltd. d/b/a United Pharmacy** refused or negligently failed to properly annotate any invoices (U.S. Exhibit 14) for controlled substances as required by law?

YES ✓

NO _____

4/25/17
DATE

_____
FOREPERSON

## INTERROGATORY NO. UPC-7

If you answered "yes" to Interrogatory No. UPC-6, indicate by check mark below which invoices you find were not properly annotated:

| Claim No. | Company | Date | Invoice Number | Not Properly Annotated |
|---|---|---|---|---|
| 14 | Cardinal Health | 02/07/2012 | 6718790 | ✓ |
| 15 | Cardinal Health | 02/06/2012 | 6712839 | ✓ |
| 16 | Cardinal Health | 02/03/2012 | 6709014 | ✓ |
| 17 | East End Pharmacy | -- | -- | ✓ |
| 18 | East End Pharmacy | 03/16/2012 | -- | |
| 19 | East End Pharmacy | -- | -- | ✓ |
| 20 | American Specialty | 04/11/2013 | 1202 | ✓ |
| 21 | Shane Green (email) | 03/14/2012 | -- | ✓ |
| 22 | SAJ Distributors | 07/11/2012 | 872014 | ✓ |
| 23 | SAJ Distributors | 07/10/2012 | 871668 | ✓ |
| 24 | SAJ Distributors | 07/10/2012 | 871766 | ✓ |
| 25 | SAJ Distributors | 07/10/2012 | 871628 | ✓ |
| 26 | SAJ Distributors | 07/09/2012 | 871475 | ✓ |
| 27 | SAJ Distributors | 07/09/2012 | 871386 | ✓ |
| 28 | SAJ Distributors | 07/06/2012 | 870846 | ✓ |
| 29 | SAJ Distributors | 07/05/2012 | 870137 | ✓ |
| 30 | SAJ Distributors | 08/07/2012 | 879156 | ✓ |
| 31 | SAJ Distributors | 08/07/2012 | 879389 | ✓ |
| 32 | SAJ Distributors | 08/07/2012 | 879178 | ✓ |
| 33 | SAJ Distributors | 08/03/2012 | 878557 | ✓ |
| 34 | SAJ Distributors | 08/03/2012 | 878453 | ✓ |
| 35 | SAJ Distributors | 08/03/2012 | 878679 | ✓ |
| 36 | SAJ Distributors | 08/02/2012 | 878138 | ✓ |
| 37 | SAJ Distributors | 08/01/2012 | 877785 | ✓ |
| 38 | SAJ Distributors | 07/30/2012 | 877117 | ✓ |
| 39 | SAJ Distributors | 07/16/2012 | 873510 | ✓ |
| 40 | SAJ Distributors | 07/12/2012 | 872452 | ✓ |
| 41 | SAJ Distributors | 08/13/2012 | 880814 | ✓ |
| 42 | SAJ Distributors | 08/13/2012 | 880600 | ✓ |
| 43 | SAJ Distributors | 08/10/2012 | 880290 | ✓ |
| 44 | SAJ Distributors | 08/09/2012 | 879813 | ✓ |
| 45 | SAJ Distributors | 08/09/2012 | 879982 | ✓ |
| 46 | SAJ Distributors | 08/15/2012 | 881268 | ✓ |
| 47 | SAJ Distributors | 08/14/2012 | 881122 | ✓ |
| 48 | SAJ Distributors | 08/14/2012 | 881050 | ✓ |

| 49 | SAJ Distributors | 08/14/2012 | 881182 | ✓ |
| --- | --- | --- | --- | --- |
| 50 | SAJ Distributors | 08/14/2012 | 881017 | ✓ |
| 51 | SAJ Distributors | 08/13/2012 | 880569 | ✓ |
| 52 | SAJ Distributors | 09/06/2012 | 887086 | ✓ |
| 53 | SAJ Distributors | 09/05/2012 | 886600 | ✓ |
| 54 | SAJ Distributors | 09/04/2012 | 886205 | ✓ |
| 55 | SAJ Distributors | 09/04/2012 | 886433 | ✓ |
| 56 | SAJ Distributors | 08/22/2012 | 882910 | ✓ |
| 57 | SAJ Distributors | 08/21/2012 | 882550 | ✓ |
| 58 | SAJ Distributors | 08/20/2012 | 882470 | ✓ |
| 59 | SAJ Distributors | 09/14/2012 | 889346 | ✓ |
| 60 | SAJ Distributors | 09/14/2012 | 889253 | ✓ |
| 61 | SAJ Distributors | 09/14/2012 | 889223 | ✓ |
| 62 | SAJ Distributors | 09/13/2012 | 888920 | ✓ |
| 63 | SAJ Distributors | 09/12/2012 | 888678 | ✓ |
| 64 | SAJ Distributors | 09/12/2012 | 888325 | ✓ |
| 65 | Gen-Source | 04/12/2013 | 335811 | ✓ |
| 66 | Gen-Source | 04/11/2013 | 335372 | ✓ |
| 67 | Gen-Source | 04/05/2013 | 334673 | ✓ |
| 68 | Gen-Source | 04/03/2013 | 334257 | ✓ |
| 69 | Gen-Source | 04/02/2013 | 333970 | ✓ |
| 70 | Gen-Source | 03/29/2013 | 333506 | ✓ |
| 71 | Gen-Source | 03/25/2013 | 332721 | ✓ |
| 72 | Gen-Source | 03/19/2013 | 331785 | ✓ |
| 73 | Gen-Source | 03/14/2013 | 331310 | ✓ |
| 74 | Gen-Source | 03/13/2013 | 331024 | ✓ |
| 75 | Gen-Source | 03/12/2013 | 330903 | ✓ |
| 76 | Gen-Source | 03/08/2013 | 330407 | ✓ |
| 77 | Gen-Source | 03/08/2013 | 330450 | ✓ |
| 78 | Gen-Source | 03/07/2013 | 330291 | ✓ |
| 79 | Gen-Source | 03/06/2013 | 329998 | ✓ |
| 80 | Gen-Source | 03/01/2013 | 329405 | ✓ |
| 81 | Gen-Source | 02/28/2013 | 329153 | ✓ |
| 82 | Gen-Source | 02/26/2013 | 328798 | ✓ |
| 83 | Gen-Source | 02/22/2013 | 328379 | ✓ |
| 84 | Gen-Source | 02/19/2013 | 327929 | ✓ |
| 85 | Gen-Source | 02/12/2013 | 326942 | ✓ |
| 86 | Gen-Source | 02/08/2013 | 326539 | ✓ |
| 87 | Gen-Source | 02/06/2013 | 326233 | ✓ |
| 88 | Gen-Source | 02/01/2013 | 325480 | ✓ |
| 89 | Gen-Source | 01/30/2013 | 325213 | ✓ |
| 90 | Gen-Source | 01/23/2013 | 324076 | ✓ |
| 91 | Gen-Source | 01/21/2013 | 323736 | ✓ |
| 92 | Gen-Source | 01/16/2013 | 323228 | ✓ |
| 93 | Gen-Source | 02/14/2013 | 327401 | ✓ |

| 94  | Gen-Source | 01/11/2013 | 322602 | ✓ |
| --- | --- | --- | --- | --- |
| 95  | Gen-Source | 01/07/2013 | 321758 | ✓ |
| 96  | Gen-Source | 02/10/2013 | -- | ✓ |
| 97  | Gen-Source | 12/28/2012 | 320831 | ✓ |
| 98  | Gen-Source | 12/18/2012 | 319600 | ✓ |
| 99  | Gen-Source | 12/07/2012 | 318169 | ✓ |
| 100 | Gen-Source | 12/03/2012 | 317140 | ✓ |
| 101 | Gen-Source | 11/15/2012 | 314982 | ✓ |
| 102 | Gen-Source | 11/13/2012 | 314635 | ✓ |
| 103 | Gen-Source | 11/12/2012 | 314407 | ✓ |
| 104 | Gen-Source | 11/07/2012 | 313997 | ✓ |
| 105 | Gen-Source | 11/05/2012 | 313488 | ✓ |
| 106 | Gen-Source | 10/18/2012 | 312246 | ✓ |
| 107 | Gen-Source | 10/12/2012 | 311402 | ✓ |
| 108 | Gen-Source | 10/10/2012 | 311049 | ✓ |
| 109 | Gen-Source | 10/09/2012 | 310878 | ✓ |
| 110 | Gen-Source | 10/08/2012 | 310685 | ✓ |
| 111 | Gen-Source | 10/03/2012 | 310170 | ✓ |
| 112 | Gen-Source | 10/03/2012 | 310139 | ✓ |
| 113 | Gen-Source | 10/02/2012 | 309917 | ✓ |
| 114 | Gen-Source | 09/27/2012 | 309256 | ✓ |
| 115 | Gen-Source | 09/20/2012 | 308432 | ✓ |