IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

NO. 4:15cv00181 JM

UNITED PAIN CARE, LTD, et al.                                        DEFENDANT

### CERTIFICATE OF RECEIPT

Plaintiffs exhibits received into evidence during the jury trial of this matter returned to counsel this 25th day of April, 2017.

Received by _____