IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                              No. 4:15cv-181 JM

MAHMOOD AHMAD, M.D., et al and
UNITED PAIN CARE, LTD. d/b/a
UNITED PHARMACY                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order entered today, the judgment is entered against United Pain Care, Ltd. in the amount of $33,050 as a civil monetary penalty for its violations of the CSA together with interest from this date until the date paid at the rate of 1.2% per annum.

IT IS SO ORDERED this 14th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE