IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT

UNITED STATES OF AMERICA                                         PLAINTIFF

V.                              NO. 4:15CV-181-JM

MAHMOOD AHMAD, M.D. and
UNITED PAIN CARE, LTD. d/b/a
UNITED PHARMACY                                                  DEFENDANTS

V.

PAMELA HASTINGS WEST and
ALBERT RINCHUSO                                      THIRD PARTY DEFENDANTS

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (1) (A) (ii), defendants and third party defendants hereby stipulate that the third party complaint is hereby dismissed without prejudice.

>                    Respectfully submitted,
>
>                    /s/Timothy O. Dudley,
>                    Bar Number 82055
>                    114 South Pulaski
>                    Little Rock, AR 72201
>                    (501) 372-0080
>                    E-mail: TODudley@swbell.net
>
>                    /s/ Mark Hampton
>                    1122 West Capitol Avenue
>                    Little Rock, AR 72201
>
>                    /s/ Alex T. Gray
>                    Steel, Wright, & Collier, PLLC
>                    400 West Capitol Avenue, Suite 2910
>                    Little Rock, AR 72201
>
>
>                    BY:/s/ Timothy O. Dudley