# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8   **DATE:** 4/3/2018

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 18-01263

**DISTRICT COURT NO.** 4:15-cv-00181-JM - USA v. United Pain Care LTD et al

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: Excerpted Transcript of Trial: Closing Arguments and Jury Verdict: 4/25/2017
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s)
Defendant(s)
Joint

**COMMENTS:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**USCA 8 ACKNOWLEDGMENT**

RECEIPT

By: _____
    Deputy Clerk